

MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007-2601

MAXWELL D. LEIGHTON
Telephone: (212) 788-0407
Fax: (212) 788-8877
mleighto@law.nyc.gov
Fax and Email Not For Service of Papers

August 10, 2012

**BY ELECTRONIC MAIL**
Honorable Alison J. Nathan
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:  Oba Hassan Wat Bey, et al. v. City of New York, et al.,
     Civil Action Nos. 99 Civ. 3873; 01 Civ. 9406

Dear Judge Nathan:

I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendants in the above-referenced consolidated action. By Order, dated August 2, 2012, the Court directed Ms. Thomas, counsel for four of the seven plaintiffs, to submit a Proposed Amended Complaint complying with the Court's Order, dated July 19, 2012. The July 19th Order permitted an amended complaint that solely asserted a Title VII claim for Plaintiff Wat Bey (p/k/a Robert Watson). The Court had rejected prior proposed amended complaints, as they either (1) altered facts or (2) implied Title VII claims for plaintiffs other than Plaintiff Wat Bey.

On August 2nd, Ms. Thomas submitted a Proposed Amended Complaint, a copy of which is attached hereto. The Court has directed defendants to inform the Court whether this most recent Proposed Amended Complaint conforms with the Court's July 19th Order. Defendants believe that it does. Defendants note, however, that the Proposed Amended

**HONORABLE ALISON J. NATHAN**
United States District Judge
<u>Wat Bey, et al. v. City, et al.</u>,
99 Civ. 3873 (AJN)(RLE)
August 10, 2012
Page 2

Complaint repeatedly refers to the plural "plaintiffs," such as in the opening and concluding paragraph, and in paragraphs "23," "49," "50," "51," 70," "76," "85," "88," "89," and "113," rather than, as is otherwise found throughout, the singular "plaintiff," referring solely to Plaintiff Wat Bey.

Respectfully submitted,

Maxwell D. Leighton
Assistant Corporation Counsel

cc:   Irene Donna Thomas, Esq. (*via* email at ithomas20@aol.com)
      David Schlachter, Esq. (*via* email at ds6848@aol.com)